```
           IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FAYETTEVILLE DIVISION
```

**HOWARD LEE LEACH**                                            PLAINTIFF

      v.                    No. 11-5074

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                           DEFENDANT

## O R D E R

Now on this 3rd day of January, 2012, comes on for consideration the **Magistrate Judge's Report and Recommendation** (Doc. 26), to which no objections have been filed. The Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects and should be adopted *in toto.*

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation** (Doc. 26) is hereby **adopted** *in toto.*

**IT IS FURTHER ORDERED** that, in accordance with the findings set out in the Report and Recommendation, defendant's **Motion to Dismiss Petition for Writ of Habeas Corpus (Doc. 11)** is hereby **GRANTED.** All other pending motions are hereby **DENIED AS MOOT.**

**IT IS SO ORDERED.**

                                                   /s/ Jimm Larry Hendren
                                                   JIMM LARRY HENDREN
                                                   UNITED STATES DISTRICT COURT